# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. HOWELL,<br><br>    Plaintiff<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00103-APG-GWF<br><br>**Order for Stipulation of Dismissal or Status Report** |

On March 30, 2018, the parties informed the court that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC. ECF No. 13. The parties stated they anticipated filing a stipulation to dismiss within 60 days. More than 60 days have passed and no stipulation has been filed.

IT IS THEREFORE ORDERED that plaintiff Robert Howell and defendant Equifax Information Services, LLC shall file either a stipulation to dismiss or a status report on or before July 13, 2018.

DATED this 2nd day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE