# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. HOWELL, | Case No.: 2:18-cv-00103-APG-GWF |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al., | |
| Defendants | |

On March 30, 2018, the parties informed the court that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC. ECF No. 13. The parties stated they anticipated filing a stipulation to dismiss within 60 days. More than 60 days passed and no stipulation was filed, so I ordered the plaintiff and Equifax to file a stipulation to dismiss or status report by July 13, 2018. ECF No. 14. Nothing has been filed

IT IS THEREFORE ORDERED that plaintiff Robert Howell and defendant Equifax Information Services, LLC shall file either a stipulation to dismiss or a status report on or before August 13, 2018. Failure to respond to this order may result in sanctions against the parties and counsel.

DATED this 6th day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE