WRIGHT, FINLAY & ZAK, LLP
Ace C. Van Patten
Nevada Bar No. 11731
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
avanpatten@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Rushmore Loan Management Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT M. HOWELL, | Case No.: 2:18-cv-00103-APG-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| vs. | |
| RUSHMORE LOAN MANAGEMENT SERVICES LLC; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Defendant, Rushmore Loan Management Services LLC (hereinafter "Defendant"), and

Plaintiff, Robert M. Howell (hereinafter "Plaintiff"), by and through their respective attorneys of

record, hereby stipulate as follows:

1. Plaintiff filed a Complaint on January 19, 2018.

2. Rushmore filed an Answer to the Complaint on March 12, 2018.

3. On March 23, 2018, the Court entered a Discovery Plan and Scheduling Order [ECF

   No. 10]. The Scheduling Order set the dispositive motion deadline for October 8,

   2018.

4. This is the parties' first request for an extension of the deadline to file dispositive

   motions.

5. The extension is not being ascertained to cause undue delay or burden to the parties.

6. Good cause exists to grant the stipulation because the parties are discussing settlement of the claims against Defendant.

7. The parties stipulate and agree that the parties shall have up to and including October 22, 2018 to file dispositive motions.

| DATED this 3rd of October, 2018. | DATED this 3rd of October, 2018. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | HAINES & KRIEGER, LLC |
| */s/ Ramir M. Hernandez* | */s/ David H. Krieger* |
| Ramir M. Hernandez, Esq. | David H. Krieger, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 9086 |
| 7785 W. Sahara Ave., Suite 200 | 8985 S. Eastern Ave., Ste. 350 |
| Las Vegas, NV 89117 | Henderson, NV 89123 |
| Tel: (702) 475-7964 | Tel: (702) 880-5554 |
| Fax: (702) 946-1345 | Fax: (702) 385-5518 |
| *Attorneys for Defendant, Rushmore Loan Management Services LLC* | *Attorneys for Plaintiff, Robert M. Howell* |

## ORDER

**IT IS SO ORDERED.**

DATED this ___11th___ day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted By:*

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 10751
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Defendant, Rushmore Loan Management Services LLC*