# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. HOWELL, | Case No.: 2:18-cv-00103-APG-GWF |
| Plaintiff | **Order for Status Report** |
| v. | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants | |

On October 11, 2018, the parties informed the court that this matter was settled as to defendant Rushmore Loan Management Services, LLC, and they requested 60 days to file a stipulation to dismiss. ECF No. 20. More than 60 days have passed and no stipulation to dismiss has been filed.

IT IS THEREFORE ORDERED that on or before January 31, 2019, the parties shall file a stipulation to dismiss defendant Rushmore Loan Management Services, LLC or a status report regarding settlement.

DATED this 3rd day of January, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE